State vs. Wilson.

No. 10,258.

The mortgage securing shares of stock of the Consolidated Association of the
Planters of Louisiana, being extinguished by reason of the prescription of the
demands of the association against the shareholders, the recorder of mortgages
may be coerced by mandamus to cancel the inscription thereof from the mort-
gage records.

APPEAL from the Civil District Court for the Parish of Orleans.
    *Righter*, J.

*Chas. Louque* for Plaintiff and Appellee.

*Jos. P. Hornor & Son* for Defendant and Appellant.

The opinion of the court was delivered by

WATKINS, J. The facts of this case, as well as the questions of
law herein raised for decision, are exactly parallel to those raised
and just decided in State ex rel. Caroline Laloire vs. Association,
No. 10,257 on the docket of this court; and for the reasons therein
assigned,

Judgment affirmed.